# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. vs. Miranda Charlene Jackson | Docket No. 7:11-MJ-1024-1 |

### Petition for Action on Probation

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Miranda Charlene Jackson, who, upon an earlier plea of guilty to Possession of Marijuana in violation of 21 U.S.C. § 844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on October 13, 2011, to a 12 month term of probation under the standard conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following sentencing, the defendant's term of probation supervision was transferred to the District of South Carolina. The supervising officer has advised that in order to effectively supervise the defendant, a condition allowing drug testing and treatment is needed. It is recommended the judgment be modified by the addition of the drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Kevin L. Connolley | /s/ Chip Williams |
| Kevin L. Connolley | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-815-4857 |
| | Executed On: November 4, 2011 |

## ORDER OF COURT

Considered and ordered this  5th  day of  November , 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge